AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No: 23-8217MB | Date and Time Warrant Executed: April 20, 2023 @ 11:10AM | Copy of Warrant and Inventory Left With: USPS |
|---|---|---|

Inventory made in the presence of:

Postal Inspectors M. Murrow and J. Keenan

Inventory of the property taken and name of any person(s) seized:

- One HDX brand black tough tote
- Four vacuum sealed bags containing approximately 2,177 grams of suspected marijuana.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: April 20, 2023

*Michael Cunha*
Executing officer's signature

Michael Cunha/U.S. Postal Inspector
Printed name and title

# UNITED STATES DISTRICT COURT
## District of Arizona

*In the Matter of the Search of:*

**SUBJECT PARCEL:** One USPS Priority Mail parcel bearing USPS tracking number 9505 5125 9399 3108 8250 70, addressed to "T. Gates, 13 Eaton Lane, Winfield PA 17889," with a return address of "T. Jones, 42551 Colby Dr., Maricopa, AZ 85138." It is a brown parcel measuring 21" X 16" X 17"; weighing 11 pounds 15.4 ounces; postmarked April 18, 2023; and bearing $153.20 in postage.

**SEARCH WARRANT**

Case Number: 23-8217mb

TO: Andrea Brandon and any Authorized Officer of the United States

Affidavit having been made before me by Affiant, Andrea Brandon, UNITED STATES POSTAL INSPECTOR, on the premises known as:

**SUBJECT PARCEL:** One USPS Priority Mail parcel bearing USPS tracking number 9505 5125 9399 3108 8250 70, addressed to "T. Gates, 13 Eaton Lane, Winfield PA 17889," with a return address of "T. Jones, 42551 Colby Dr., Maricopa, AZ 85138." It is a brown parcel measuring 21" X 16" X 17"; weighing 11 pounds 15.4 ounces; postmarked April 18, 2023; and bearing $153.20 in postage,

in the District of Arizona there is now concealed certain property, namely, CONTROLLED SUBSTANCES AND/OR U.S. CURRENCY OR DOCUMENTS RELATING TO THE DISTRIBUTION OF CONTROLLED SUBSTANCES THROUGH THE UNITED STATES MAIL, IN VIOLATION OF TITLE 21, UNITED STATES CODE, SECTIONS 841(a)(1) AND 846, AS EVIDENCE OF SAID VIOLATIONS.

I am satisfied that the Affidavit establishes probable cause to believe that the property so described is now concealed on the premises above described and establishes grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __5/3/23__ (Date) (not to exceed 14 days) the premises named above for the property specified, serving this warrant and making the search in the daytime (6:00 a.m. to 10:00 p.m.), if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and to prepare a written inventory of the property seized and promptly return this warrant to any United States Magistrate Judge, District of Arizona as required by law.

__4-19-23   3:14pm__   at   Phoenix, Arizona
Date and Time Issued          City and State

HONORABLE JOHN Z. BOYLE
UNITED STATES MAGISTRATE JUDGE
Name and Title of Judicial Officer

__[signature]__
Signature of Judicial Officer